UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:

JACK RUSSELL EVENS AND
SOCORRO H. EVENS-RAMIREZ

                                             CASE NO. 11-10123-LMK
                                             CHAPTER 7

    Debtor(s).
_____/

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This case came on for consideration of the Motion for Relief from the Automatic Stay filed by Movant, U.S. BANK, N.A., on May 27, 2011, Docket No. 22. The Motion has been served upon the parties of interest pursuant to Local Rule 4001-1-(c) and no party of interest has filed an objection to the Motion within the time permitted. Therefore, the Court deems the Motion to be unopposed. Accordingly, it is

ORDERED, ADJUDGED and DECREED as follows:

1.  The automatic stay arising from these proceedings is terminated, so as to permit Movant to foreclose its mortgage; and

2.  The Order Granting Relief from the Automatic Stay is entered for the sole purpose of allowing Movant to obtain an *in rem* judgment against the property described as:

**LOT 84, OF CAPRI CLUSTER SUBDIVISION, PHASE II, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK T, PAGES 3 AND 4, OF THE PUBLIC RECORDS OF ALACHUA COUNTY, FLORIDA.**

**A/K/A 4429 N.W. 36TH TERRACE, GAINESVILLE, FL 32605**

and permitting Movant to offer and provide debtor with information regarding a potential Forebearance Agreement, Loan Modification, Refinance Agreement, or other loan Workout/Loss Mitigation Agreement, and to enter into such agreement with Debtor(s), and allowing Movant any other remedies the Movant may have under applicable non-bankruptcy law provided, that the Movant shall not seek or obtain an *in personam* judgment against the Debtor(s).

DONE AND ORDERED AT GAINESVILLE, Florida, _____June 21, 2011_____.

LEWIS M. KILLIAN
UNITED STATES BANKRUPTCY JUDGE

Copies furnished to:

CAROL A. LAWSON, ESQUIRE
DOUGLAS C. ZAHM, P.A.
12425 28TH STREET NORTH, SUITE 200
ST. PETERSBURG, FL 33716

JACK RUSSELL EVANS
4429 NW 36TH TERRACE
GAINESVILLE, FL 32605

SOCORRO H. EVANS-RAMIREZ
4429 NW 36TH TERRACE
GAINESVILLE, FL 32605

JOSE I. MORENO
240 NW 76TH DRIVE, SUITE D
GAINESVILLE, FL 32607

THERESA M. BENDER, TRUSTEE
P. O. BOX 14557
TALLAHASSEE, FL 32317

GAINESVILLE DIVISION
401 SE 1ST AVENUE
JURY ASSEMBLY ROOM
GAINESVILLE, FL 32601